# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRAVELERS CASUALTY AND** | : | **CIVIL ACTION** |
| **SURETY COMPANY OF** | : | |
| **AMERICA** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 09-cv-2273** |
| | : | |
| **ANNA B. MORRIS, et al.** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this 29th day of March, 2010, upon consideration of defendant

Harold Long's motion to dismiss plaintiff's amended complaint pursuant to Rule 12(b)(6)

(Doc. # 18), defendant's brief in support of his motion (Doc. #19), and plaintiff's

responses thereto (Doc. # 21 & 22), it is hereby **ORDERED** that defendant's motion is

denied.

BY THE COURT:


/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.